# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel R. Shultz<br>　　　　　　<u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 14-70709 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC and index same on the master mailing list.

Re: Loan # Ending In: 2417

                                        Respectfully submitted,

                                        **/s/ Joshua I. Goldman, Esquire**
                                        Joshua I. Goldman, Esquire
                                        jgoldman@kmllawgroup.com
                                        Attorney I.D. No. 205047
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        Phone: 215-825-6306
                                        Fax: 215-825-6406
                                        Attorney for Movant/Applicant