**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **Daniel R. Shultz** : | Case No. 14−70709−JAD |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| Nationstar Mortgage LLC : | |
| *Movant,* : | |
| : | Related to Claim No. 5 |
| v. : | |
| Daniel R. Shultz : | |
| Ronda J. Winnecour, Esq., Trustee : | |
| *Respondent.* : | |

**ORDER**

    **AND NOW**, this **30th day of September, 2016,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***Nationstar Mortgage LLC*** at Claim No. 5 in the above−captioned bankruptcy case,

    It is hereby ***ORDERED*** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

    (1)   an ***AMENDED CHAPTER 13 PLAN;***

    (2)   a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

    (3)   an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

    *The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

                                                          Jeffery A. Deller
                                                          United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-70709-JAD
Daniel R. Shultz                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: jbre                    Page 1 of 1              Date Rcvd: Sep 30, 2016
                              Form ID: 237                  Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2016.
db          +Daniel R. Shultz,    1844 Decker Hollow Road,    Tyrone, PA 16686-8009
cr          +Nationstar Mortgage, LLC,    Aldridge Pite LLP,    Fifteen Piedmont Center,
              3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:
              Jeremy J. Kobeski    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com
              Joshua I. Goldman    on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Debtor Daniel R. Shultz thedebterasers@aol.com
              Mario J. Hanyon    on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7