**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 14-70709-JAD |
| Daniel R. Shultz, | : | |
| Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED OCTOBER 17, 2016**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 19th day of October, 2016, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan dated October 17, 2016, the Amended Chapter 13 Plan dated October 17, 2016, along with a copy of the Order dated October 18, 2016, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: <u>October 19, 2016</u>

Respectfully submitted,
<u>  /s/ Kenneth P. Seitz, Esquire  </u>
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor

_____
*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 14-70709-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Wed Oct 21 16:54:12 EDT 2015 | Nationstar Mortgage, LLC<br>Aldridge Pite LLP<br>Fifteen Piedmont Center<br>3575 Piedmont Road, N.E., Suite 500<br>Atlanta, GA 30305-1623 | 7<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| AARON'S, INC.<br>SALO LOCKBOX<br>PO BOX 102746<br>ATLANTA, GA 30368-2746 | Aas Debt Recovery Inc<br>Po Box 129<br>Monroeville, PA 15146-0129 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 |
| Arrow Financial Services<br>5996 W. Touhy Drive<br>Niles, IL 60714-4610 | Cingular Wireless<br>P.O. Box 6444<br>Carol Stream, IL 60197-6444 | Collection Service Cen<br>Po Box 68<br>Altoona, PA 16603-0068 |
| Commercial Acceptance Company<br>4807 Johnstown Road Ste 247<br>Harrisburg, PA 17109-1744 | Credit Control Collections<br>P.O. Box 72<br>Altoona, PA 16603-0072 | First Commonwealth Bank<br>c/o AAS Debt Recovery Inc.<br>2526 Monroeville Blvd.<br>Monroeville, PA 15146-2358 |
| First Energy Penelec<br>P.O. Box 9100<br>Hopkinton, MA 01748 | First Premier Bank<br>P.O. Box 5529<br>Sioux Falls, SD 57117-5529 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Merchants Credit Guide<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606-6914 | Midland Credit Management<br>Dept. 12421<br>P.O. Box 603<br>Oaks, PA 19456-0603 |
| Montgomery Ward<br>1112 Seventh Avenue<br>Monroe, WI 53566-1364 | Montgomery Ward<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Nationstar Mortgage<br>P.O. Box 650783<br>Dallas, TX 75265-0783 |
| (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Northeast Credit & Collection<br>P.O. Box 3358<br>Scranton, PA 18505-0358 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| Penelec<br>FirstEnergy Corp.<br>331 Newman Springs Rd., Building 3<br>Red Bank, NJ 07701-5688 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO Box 280946<br>Harrisburg, PA 17128-0946 | Rec Mgt Grp<br>2901 University Av #29<br>Columbus, GA 31907-7601 |
| Tyrone Medical Assoc.<br>3 Hospital Drive<br>Suite 1<br>Tyrone, PA 16686 | Verizon Wireless-Great Lak<br>Attn: Recovery Dept.<br>1515 E. Woodfield Road<br>Suite 1400<br>Schaumburg, IL 60173-5443 | Daniel R. Shultz<br>1844 Decker Hollow Road<br>Tyrone, PA 16686-8009 |

| | | |
|---|---|---|
| Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | | |
|---|---|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Nationstar Mortgage, LLC.<br>Attention: Bankruptcy Department<br>P O Box 630267<br>Irving, TX 75063 | End of Label Matrix<br>Mailable recipients<br>Bypassed recipients<br>Total | 31<br>0<br>31 |