**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
DANIEL R. SHULTZ                                    Case No. 14-70709JAD

          Debtor(s)
RONDA J. WINNECOUR,                                 Chapter 13
Standing Chapter 13 Trustee,

          Movant                              Document No __
    vs.
WESTLAKE FINANCIAL SERVICES*

          Respondents

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

PER THE CREDITOR THE TRANSACTION THAT WAS TO GIVE THEM A LIEN ON DEBTOR PROPERTY DID NOT TAKE PLACE.

WESTLAKE FINANCIAL SERVICES*                        Court claim# /Trustee CID# 21
4751 WILSHIRE BLVD STE 100
LOS ANGELES, CA 90010

The Movant further certifies that on 12/06/2016 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

                                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
cc: debtor(s)                                        SUITE 3250 US STEEL TWR
    original creditor                            PITTSBURGH, PA  15219
    putative creditor                            (412) 471-5566
    counsel for debtor(s)                        cmecf@chapter13trusteewdpa.com
    counsel for the creditor(s) (if known)

DEBTOR(S):
DANIEL R. SHULTZ, 1844 DECKER HOLLOW ROAD, TYRONE, PA  16686

DEBTOR'S COUNSEL:
KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, POB 211, LIGONIER, PA  15658

ORIGINAL CREDITOR:
WESTLAKE FINANCIAL SERVICES*, 4751 WILSHIRE BLVD STE 100, LOS ANGELES, CA  90010

NEW CREDITOR: