**Form 149**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Daniel R. Shultz**
    Debtor(s)

Bankruptcy Case No.: 14–70709–JAD
Issued Per Dec. 8, 2016 Proceeding
Chapter: 13
Docket No.: 85 – 73
Concil. Conf.: at

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

### *(1.)  PLAN CONFIRMATION:*

      IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated October 17, 2016 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $1,254 as of December 2016. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. ***A final plan conciliation conference will be held on at , in .*** If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H.    Additional Terms: This Order was Amended to add the amount in Paragraph A.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.        Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty–eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty–eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.        Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.        Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021–1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.        Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.        Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*    ***IT IS FURTHER ORDERED THAT:***


**A.**    After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**    Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**    Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.


**F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.



<u>Jeffery A. Deller</u>
Dated: March 31, 2017                                  United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-70709-JAD
Daniel R. Shultz                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: jhel              Page 1 of 2              Date Rcvd: Mar 31, 2017
                             Form ID: 149             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2017.
db            +Daniel R. Shultz,    1844 Decker Hollow Road,    Tyrone, PA 16686-8009
cr            +Nationstar Mortgage, LLC,    Aldridge Pite LLP,    Fifteen Piedmont Center,
               3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
13990713      +AARON'S, INC.,    SALO LOCKBOX,    PO BOX 100784,    ATLANTA, GA 30368-2746
13932756      +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
13932757      +Arrow Financial Services,    5996 W. Touhy Drive,    Niles, IL 60714-4610
13932759      #+Collection Service Cen,    Po Box 68,    Altoona, PA 16603-0068
13932761      +Credit Control Collections,    P.O. Box 72,    Altoona, PA 16603-0072
13955143      +First Commonwealth Bank,    c/o AAS Debt Recovery Inc.,    2526 Monroeville Blvd.,
               Monroeville, PA 15146-2358
13932762       First Energy Penelec,    P.O. Box 9100,    Hopkinton, MA 01748
13932763      +First Premier Bank,    P.O. Box 5529,    Sioux Falls, SD 57117-5529
13932765      +Merchants Credit Guide,    223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6914
13932767      +Montgomery Ward,    1112 Seventh Avenue,    Monroe, WI 53566-1364
13959109      +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13964320      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,    Attention: Bankruptcy Department,
                P O Box 630267,    Irving, TX 75063)
13932768      +Nationstar Mortgage,    P.O. Box 650783,    Dallas, TX 75265-0783
13932769      +Northeast Credit & Collection,    Po Box 3358,    Scranton, PA 18505-0358
13975936      +Penelec,    FirstEnergy Corp.,    331 Newman Springs Rd., Building 3,    Red Bank, NJ 07701-5688
13932770      +Rec Mgt Grp,    2901 University Av #29,    Columbus, GA 31907-7601
13932771       Tyrone Medical Assoc.,    3 Hospital Drive,    Suite 1,    Tyrone, PA 16686
13932772      +Verizon Wireless-Great Lak,    Attn: Recovery Dept.,    1515 E. Woodfield Road,    Suite 1400,
               Schaumburg, IL 60173-5443

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13965719       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 01 2017 01:45:56
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
13932758      +E-mail/Text: g20956@att.com Apr 01 2017 01:43:25    Cingular Wireless,    P.O. Box 6444,
               Carol Stream, IL 60197-6444
13932764       E-mail/Text: cio.bncmail@irs.gov Apr 01 2017 01:42:23    Internal Revenue Service,
               Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13973988       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 01 2017 01:43:11    Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
13932766      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 01 2017 01:42:53    Midland Credit Management,
               Dept. 12421,    P.O. Box 603,    Oaks, PA 19456-0603
13946801       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 01 2017 01:42:35
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA 17128-0946
14163942      +E-mail/Text: bankruptcynotice@westlakefinancial.com Apr 01 2017 01:42:54
               Westlake Financial Services,    P.O. Box 54807,    Los Angeles, CA 90054-0807
                                                                                          TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             NATIONSTAR MORTGAGE LLC
13932760      ##+Commercial Acceptance Company,    4807 Johnestown Road Ste 247,    Harrisburg, PA 17109-1744
                                                                            TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-7        User: jhel          Page 2 of 2          Date Rcvd: Mar 31, 2017
                           Form ID: 149         Total Noticed: 27
```

**\*\*\*\*\* BYPASSED RECIPIENTS (continued) \*\*\*\*\***

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Jeremy J. Kobeski   on behalf of Creditor   Nationstar Mortgage, LLC pawb@fedphe.com
          Joshua I. Goldman   on behalf of Creditor   Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Debtor Daniel R. Shultz thedebterasers@aol.com
          Mario J. Hanyon     on behalf of Creditor   Nationstar Mortgage, LLC pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                              TOTAL: 8
```