**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Daniel R. Shultz**
Debtor(s)

Bankruptcy Case No.: 14–70709–JAD

Chapter: 13
Docket No.: 89 – 88
Concil. Conf.: January 4, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 6, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **November 21, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 4, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 22, 2017

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 14-70709-JAD
Daniel R. Shultz                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7        User: jfur          Page 1 of 2          Date Rcvd: Sep 22, 2017
                           Form ID: 410         Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2017.
```
db            +Daniel R. Shultz,   1844 Decker Hollow Road,   Tyrone, PA 16686-8009
cr            +Nationstar Mortgage, LLC,   Aldridge Pite LLP,   Fifteen Piedmont Center,
               3575 Piedmont Road, N.E., Suite 500,   Atlanta, GA 30305-1636
13990713      +AARON'S, INC.,   SALO LOCKBOX,   PO BOX 102746,   ATLANTA, GA 30368-2746
13932756      +Aas Debt Recovery Inc,   Po Box 129,   Monroeville, PA 15146-0129
13932757      +Arrow Financial Services,   5996 W. Touhy Drive,   Niles, IL 60714-4610
13932759      #+Collection Service Cen,   Po Box 68,   Altoona, PA 16603-0068
13932761      +Credit Control Collections,   P.O. Box 72,   Altoona, PA 16603-0072
13955143      +First Commonwealth Bank,   c/o AAS Debt Recovery Inc.,   2526 Monroeville Blvd.,
               Monroeville, PA 15146-2358
13932762       First Energy Penelec,   P.O. Box 9100,   Hopkinton, MA 01748
13932763      +First Premier Bank,   P.O. Box 5529,   Sioux Falls, SD 57117-5529
13932765      +Merchants Credit Guide,   223 W Jackson Blvd Ste 4,   Chicago, IL 60606-6914
13932767      +Montgomery Ward,   1112 Seventh Avenue,   Monroe, WI 53566-1364
13959109      +Montgomery Ward,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
13964320      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC.,   Attention: Bankruptcy Department,
                P O Box 630267,   Irving, TX 75063)
13932768      +Nationstar Mortgage,   P.O. Box 650783,   Dallas, TX 75265-0783
13932769      +Northeast Credit & Collection,   P.O. Box 3358,   Scranton, PA 18505-0358
13975936      +Penelec,   FirstEnergy Corp.,   331 Newman Springs Rd., Building 3,   Red Bank, NJ 07701-5688
13932770      +Rec Mgt Grp,   2901 University Av #29,   Columbus, GA 31907-7601
13932771       Tyrone Medical Assoc.,   3 Hospital Drive,   Suite 1,   Tyrone, PA 16686
13932772      +Verizon Wireless-Great Lak,   Attn: Recovery Dept.,   1515 E. Woodfield Road,   Suite 1400,
               Schaumburg, IL 60173-5443
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13965719       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 23 2017 00:47:59
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
13932758      +E-mail/Text: g20956@att.com Sep 23 2017 00:45:42     Cingular Wireless,   P.O. Box 6444,
               Carol Stream, IL 60197-6444
13932764       E-mail/Text: cio.bncmail@irs.gov Sep 23 2017 00:44:42     Internal Revenue Service,
               Centralized Insolvency Operation,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13973988       E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 23 2017 00:45:28     Jefferson Capital Systems LLC,
               Po Box 7999,   Saint Cloud Mn 56302-9617
13932766      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 23 2017 00:45:13     Midland Credit Management,
               Dept. 12421,   P.O. Box 603,   Oaks, PA 19456-0603
13946801       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 23 2017 00:45:00
               Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
               Harrisburg, PA 17128-0946
14163942      +E-mail/Text: bankruptcynotice@westlakefinancial.com Sep 23 2017 00:45:14
               Westlake Financial Services,   P.O. Box 54807,   Los Angeles, CA 90054-0807
                                                                             TOTAL: 7
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             NATIONSTAR MORTGAGE LLC
13932760      ##+Commercial Acceptance Company,   4807 Johnestown Road Ste 247,   Harrisburg, PA 17109-1744
                                                                 TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-7        User: jfur            Page 2 of 2          Date Rcvd: Sep 22, 2017
                           Form ID: 410           Total Noticed: 27
```

**\*\*\*\*\* BYPASSED RECIPIENTS (continued) \*\*\*\*\***

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
          Jeremy J. Kobeski   on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com
          Joshua I. Goldman   on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman   on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Debtor Daniel R. Shultz thedebterasers@aol.com
          Mario J. Hanyon     on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                                          TOTAL: 9
```