# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        :
                                              : Case No. 14-70709-JAD
**Daniel R. Shultz,**                         :
               Debtor                         : Chapter 13
                                              :

## CERTIFICATE OF SERVICE

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 28th day of December, 2017, a true and correct copy of the Order dated December 27, 2017, by First-Class Mail.  U.S. Postage paid on the Parties below:

>   METZLERS BROTHERS, LLC
>   709 2ND AVENUE
>   P.O. BOX 265
>   DUNCANSVILLE, PA 16635
>
>   DANIEL R. SHULTZ
>   1844 DECKER HOLLOW ROAD
>   TYRONE, PA 16686
>
>   Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: <u>December 28, 2017</u>

Respectfully submitted,
/s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtor