Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Daniel R. Shultz** | : | Case No. 14−70709−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Dkt. No. 88 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

   *AND NOW,* this *The 27th of December, 2017,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

   (1)   The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

   (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

   (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

   (4)   The Clerk shall give notice to all creditors of this dismissal.

Jeffery A. Deller
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Daniel R. Shultz  
    Debtor

Case No. 14-70709-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7   User: jhel   Page 1 of 2   Date Rcvd: Dec 27, 2017  
                 Form ID: 309   Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2017.
```
db             +Daniel R. Shultz,    1844 Decker Hollow Road,     Tyrone, PA 16686-8009
cr             +Nationstar Mortgage, LLC,    Aldridge Pite LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E.,    Suite 500,    Atlanta, GA 30305-1636
13990713       +AARON'S, INC.,    SALO LOCKBOX,    PO BOX 102746,    ATLANTA, GA 30368-2746
13932756       +Aas Debt Recovery Inc,    Po Box 129,    Monroeville, PA 15146-0129
13932757       +Arrow Financial Services,    5996 W. Touhy Drive,    Niles, IL 60714-4610
13932761       +Credit Control Collections,    P.O. Box 72,    Altoona, PA 16603-0072
13955143       +First Commonwealth Bank,    c/o AAS Debt Recovery Inc.,    2526 Monroeville Blvd.,
                 Monroeville, PA 15146-2358
13932762        First Energy Penelec,    P.O. Box 9100,    Hopkinton, MA 01748
13932765       +Merchants Credit Guide,    223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6914
13959109       +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13964320      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage, LLC.,     Attention: Bankruptcy Department,
                 P O Box 630267,    Irving, TX 75063)
13932768       +Nationstar Mortgage,    P.O. Box 650783,    Dallas, TX 75265-0783
13932769       +Northeast Credit & Collection,    P.O. Box 3358,    Scranton, PA 18505-0358
13975936       #+Penelec,    FirstEnergy Corp.,    331 Newman Springs Rd., Building 3,    Red Bank, NJ 07701-6771
13932770       +Rec Mgt Grp,    2901 University Av #29,    Columbus, GA 31907-7601
13932771        Tyrone Medical Assoc.,    3 Hospital Drive,    Suite 1,    Tyrone, PA 16686
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13965719        EDI: AIS.COM Dec 28 2017 01:08:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
13932758       +EDI: CINGMIDLAND.COM Dec 28 2017 01:08:00      Cingular Wireless,    P.O. Box 6444,
                 Carol Stream, IL 60197-6444
13932763       +EDI: AMINFOFP.COM Dec 28 2017 01:08:00      First Premier Bank,    P.O. Box 5529,
                 Sioux Falls, SD 57117-5529
13932764        EDI: IRS.COM Dec 28 2017 01:08:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13973988        EDI: JEFFERSONCAP.COM Dec 28 2017 01:08:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
13932766       +EDI: MID8.COM Dec 28 2017 01:08:00      Midland Credit Management,    Dept. 12421,    P.O. Box 603,
                 Oaks, PA 19456-0603
13932767       +EDI: CBS7AVE Dec 28 2017 01:08:00      Montgomery Ward,    1112 Seventh Avenue,
                 Monroe, WI 53566-1364
13946801        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 28 2017 01:27:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13932772       +EDI: VERIZONWIRE.COM Dec 28 2017 01:08:00      Verizon Wireless-Great Lak,
                 Attn: Recovery Dept.,    1515 E. Woodfield Road,    Suite 1400,    Schaumburg, IL 60173-5443
14163942       +E-mail/Text: bankruptcynotice@westlakefinancial.com Dec 28 2017 01:27:50
                 Westlake Financial Services,    P.O. Box 54807,    Los Angeles, CA 90054-0807
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
13932759      ##+Collection Service Cen,    Po Box 68,    Altoona, PA 16603-0068
13932760      ##+Commercial Acceptance Company,    4807 Johnstown Road Ste 247,    Harrisburg, PA 17109-1744
                                                                                              TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-7          User: jhel              Page 2 of 2            Date Rcvd: Dec 27, 2017
                              Form ID: 309            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2017 at the address(es) listed below:
          James    Warmbrodt     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          James    Warmbrodt     on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
          Jeremy J. Kobeski     on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com
          Joshua I. Goldman     on behalf of Creditor    Nationstar Mortgage, LLC bkgroup@kmllawgroup.com
          Joshua I. Goldman     on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
          Kenneth P. Seitz     on behalf of Debtor Daniel R. Shultz thedebterasers@aol.com
          Mario J. Hanyon     on behalf of Creditor    Nationstar Mortgage, LLC pawb@fedphe.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                      TOTAL: 9
```