**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| DANIEL R. SHULTZ | Case No.:14-70709 JAD |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/02/2014 and confirmed on 12/02/2014. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 34,512.45 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 34,512.45 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,000.00 | |
|     Trustee Fee | 1,357.04 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,357.04 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 0.00 | 23,736.02 | 0.00 | 23,736.02 |
|   Acct: 2417 | | | | |
| NATIONSTAR MORTGAGE LLC(*) | 5,546.22 | 5,414.39 | 0.00 | 5,414.39 |
|   Acct: 2417 | | | | |
| AARONS INC | 1,429.01 | 0.00 | 0.00 | 0.00 |
|   Acct: 9886 | | | | |
| WESTLAKE FINANCIAL SERVICES(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | | | | 29,150.41 |
| **Priority** | | | | |
| KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| DANIEL R. SHULTZ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KENNETH P SEITZ ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| INTERNAL REVENUE SERVICE* | 4,065.89 | 5.00 | 0.00 | 5.00 |
| Acct: XXX9886 | | | | |
| PA DEPARTMENT OF REVENUE* | 1,479.33 | 0.00 | 0.00 | 0.00 |
| Acct: 9886 | | | | |
| | | | | 5.00 |
| **Unsecured** | | | | |
| FIRST COMMONWEALTH BANK | 375.15 | 0.00 | 0.00 | 0.00 |
| Acct: 5491 | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: QN8B | | | | |
| COMMERCIAL ACCEPTANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6938 | | | | |
| CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1700 | | | | |
| PENELEC/FIRST ENERGY** | 5,645.39 | 0.00 | 0.00 | 0.00 |
| Acct: 7886 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0924 | | | | |
| MONTGOMERY WARDS** | 631.37 | 0.00 | 0.00 | 0.00 |
| Acct: 0290 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3912 | | | | |
| NORTHEAST CREDIT AND COLLECTION++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3154 | | | | |
| RECOVERY MANAGEMENT GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XX9945 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR \ | 282.64 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| PA DEPARTMENT OF REVENUE* | 387.47 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9886 | | | | |
| INTERNAL REVENUE SERVICE* | 1,019.23 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9886 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 1,715.20 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXX8509 | | | | |
| AARONS INC | 862.89 | 0.00 | 0.00 | 0.00 |
| Acct: 9886 | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                   29,155.41

TOTAL CLAIMED
PRIORITY            5,545.22
SECURED             6,975.23
UNSECURED           10.919.34

Date: 02/16/2018                                    /s/ Ronda J. Winnecour
                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com